

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.

THOMAS B. WHITE

Case No. 2:18mj96
Court Date: March 21, 2018

CRIMINAL INFORMATION

(Misdemeanor)- Violation No. 6684888

THE UNITED STATES ATTORNEY CHARGES:

That on or about January 2, 2018, at Naval Station Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, THOMAS B. WHITE did knowingly and unlawfully display, cause and permit to be displayed a license plate decal that was issued for another vehicle.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Sections 46.2-613(2).)

Respectfully submitted,

Tracy D. McCormick
Acting United States Attorney

By: *James T. Cole*
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*/s/ James T. Cole*
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

21 February 2018
Date